UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTOPHER BILBREY, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:23-cv-01259-RLY-MJD |
| | ) |
| JOHN SPROLES, in his official capacity as Sheriff of Henry County, Indiana, | ) |
| | ) |
| Defendant. | ) |

**ORDER GRANTING MOTION FOR ENTRY OF FINAL JUDGMENT**

On March 27, 2025, the court issued its Entry on the parties' Cross Motions for Summary Judgment, in which it granted Plaintiff's motion for summary judgment on all issues except for the amount of his damages, and it denied the Defendant's cross motion for summary judgment. (Filing No. 61). In conjunction with this decision, the court issued its Order Granting Permanent Injunction, in which it ordered "Sproles to unblock Bilbrey from the Facebook page at issue in this litigation (currently titled 'John M. Sproles for Henry County Sheriff ') within 14 days of the date of this Order." (Filing No. 62 at 1). In compliance with this order, Plaintiff has now been unblocked from the Facebook page at issue in this litigation.

The parties have since resolved, through separate agreement, Plaintiff's claims for damages and attorneys' fees and costs in this action. As all issues have been resolved, the court **GRANTS** the parties' Joint Motion for Entry of Final Judgment (Filing No. 69).

Final judgment in favor of Plaintiff and against Defendant shall issue by separate order.

**IT IS SO ORDERED** this 20th day of August 2025.

                                          RICHARD L. YOUNG, JUDGE
                                          United States District Court
                                          Southern District of Indiana

Distributed Electronically to Registered Counsel of Record.