UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| KRISTOPHER BILBREY, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| v. ) | No. 1:23-cv-01259-RLY-MJD |
| ) | |
| JOHN SPROLES, in his official capacity as ) | |
| Sheriff of Henry County, Indiana, ) | |
| ) | |
| Defendant. ) | |

**FINAL JUDGMENT**

As all issues have been finally resolved, final judgment is entered in favor of Plaintiff and against Defendant. Each party shall bear their own costs and attorneys' fees except as otherwise agreed.

Date: 8/20/2025

_____
RICHARD L. YOUNG, JUDGE
United States District Court
Southern District of Indiana

Kristine Seufert, Clerk
United States District Court

_____
By: Deputy Clerk

Distributed Electronically to Registered Counsel of Record.